UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIMI JAMES HAMILTON,

                Plaintiff,

         v.

CHIEF ROBERT MASKO, *et al.*,

                Defendants.

Case No. C07-5610 RJB/KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Dkt. # 1) is **Denied** and this action is **Dismissed Without Prejudice** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 23rd day of May, 2008.

ROBERT J. BRYAN
United States District Judge